Return Date: 7/9/26 At 11Am

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: SM Brown

Case No. 1-26-41190-jmm

Debtor(s)

Chapter

---------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, a hearing will be held at the U.S. Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800 before the Honorable JMM, United States Bankruptcy Judge, to consider the motion for an order granting relief as follows: ~~[illegible]~~ SB Dismissed The Bankruptcy

**Date of hearing:** 7/9/26 **Time:** 11AM

***Parties may appear by phone or video conference.***

*All hearings before Judge Lord are held by phone or video. Parties will receive hearing instructions after completing registration on eCourt Appearances.

**Register for Hearing:** All parties must register 2-3 days prior to hearing on eCourt Appearances at *https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.*

Responsive papers shall be filed with the bankruptcy court no later than seven (7) days prior to the hearing date set forth above.

Dated: 6/3/26

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2026 JUN -3 P 1:27
RECEIVED

Signature: [signature]
Print name: SHAWN BROWN
Address: 295 E 16th
Brooklyn NY
Phone: 917 780 - 7475
Email: RKWJrllc@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: S. M. Brown

Case No. 1-26-41190-Jmm

Debtor(s)

Chapter

-----------------------------------------------------------x

**APPLICATION IN SUPPORT OF MOTION**

**TO THE HON.** J MM **, Bankruptcy Judge**

The undersigned makes this application in support of my motion for the relief stated in the Notice of Motion. In support of this motion, I hereby allege as follows:

Please Dismiss Banckruptzy

Wherefore, Applicant prays for an Order granting the relief requested.

Dated: 6/3/26

[signature]
Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: SM Brown

Case No. 1-26-41190-jmm

Debtor(s) Chapter 7
-----------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned certifies that on 6/3/26, a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon ***[below specify the name and mailing address of each party served]***:

Dated: 6/3/26

[signature]
Signature